25-8027 La Hart v. Sunoco 25-8027 La Hart v. Sunoco 25-2152 25-2551 25-8027 25-2152 25-2551 25-8027 25-8027 25-8027 25-8027 25-8027 25-8027 25-8027 25-8027 25-8027 25-8027 25-807